**No. 51781.**—Protests 50982–K, etc., of Greenspan Bros. Co. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51782.**—Protests 742672–G, etc., of Edgar S. Bibas, Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51783.**—Protests 806914–G, etc., of Wines & Spirits (Hawaii), Ltd., et al. (Honolulu, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51784.**—Protests 947974–G, etc., of Austin, Nichols & Co. et al. (Philadelphia and San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51785.**—Protests 969827–G, etc., of Fleischmann Distilling Corp. et al. (San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.